**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\* \* \***

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSEPH ADEYEMO, )<br>)<br>Defendant. )<br>) | 2:09-cr-501-JCM-LRL<br><br>**O R D E R** |

On June 21, 2010, this matter came before the Court for an initial appearance on the government's petition for action on conditions of pretrial release (#15). The defendant was present, on PR Bond, with his counsel. The Court has considered the information and evidence offered by the government and by the defendant, and finds as follows:

It appears the defendant is in the United States illegally. Consequently, the Bureau of Immigration and Customs Enforcement has lodged a detainer against him.

**IT IS THEREFORE ORDERED** the government's motion to revoke pretrial release is granted.

**IT IS FURTHER ORDERED** pursuant to the provisions of 18 U.S.C. § 3148(b) that the release order heretofore entered on **March 29, 2010** is hereby revoked.

**IT IS FURTHER ORDERED** that the defendant shall be detained pending trial.

DATED this 21st day of June, 2010.

*/s/ Lawrence R. Leavitt*

---
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**